UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONTINENTAL INSURANCE COMPANY           CIVIL ACTION

VERSUS                                  NO: 07-3862
                                        C/W 07-4592

EMERALD STAR CASINO NATCHEZ,            SECTION: "R"
L.L.C. ET AL.

## ORDER AND REASONS

Continental Insurance Company moves to strike the jury demand filed by Emerald Star Casino & Resorts, Inc. Continental contends that there is admiralty and maritime jurisdiction over this action. At the heart of the motion is the issue of whether the insured property is a vessel under *Stewart v. Dutra Construction Company*, 543 U.S. 481 (2005) and its progeny. There is an insufficient factual record for the Court to make this determination at this time. Accordingly, the Court DENIES the motion without prejudice.

Continental may re-urge the motion to strike the jury demand at such time as it is prepared to submit affidavits or other evidence on the following: the physical configuration of the

insured property; the nature of the mooring of the insured property when it was purchased, i.e., how it was moored to the land and whether it received any services from land-based sources; how long the insured property had been moored in Lake Charles; how frequently, if at all, the insured property was moved before it was towed to the shipyard; how often the insured property needed to undergo repairs; the nature of the repairs to be made to the insured property at the shipyard; the intended use of the insured property after the repairs were completed; and how the insured property was to be moored in Natchez, Mississippi.

New Orleans, Louisiana, this  7th  day of March, 2008.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT COURT